# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN IMPERIAL MENDOZA,<br><br>                 Petitioner,<br><br>        v.<br><br>RON RACKLEY, Warden,<br><br>                Respondent. | Case No. EDCV 13-1379-MWF (LAL)<br><br><br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 11, 2016

                                          HONORABLE MICHAEL W. FITZGERALD
                                          UNITED STATES DISTRICT JUDGE